FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR -8 PM 1:37

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

THE UNITED STATES OF AMERICA,     )
                                  )
        Plaintiff,          )
                                  )
        v.                    ) 4:17CR254
                                  )
QUENTIN WRIGHT,              )
                                  )
        Defendant.         )

### O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this _7Th_ day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA