IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN 19 AM 8:44

CLERK_____
SO. DIST OF GA.

THE UNITED STATES OF AMERICA,          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )  4:17CR254
                                       )
QUENTIN WRIGHT,                        )
                                       )
            Defendant.                 )

O R D E R

Counsel in the above-captioned case have advised the Court
that all pretrial motions have been complied with and/or that all
matters raised in the parties' motions have been resolved by
agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this _18th_ day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA